No. 12–384. HARJO v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 12–395. SPEAR v. MONTANA ET AL. Sup. Ct. Mont. Certiorari denied.

No. 12–397. ZEMECKIS v. GLOBAL CREDIT & COLLECTION CORP. C. A. 7th Cir. Certiorari denied.

No. 12–405. STARR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–413. JESSE E. BRANNEN, III, P. C., ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–419. WALDEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–423. WINTERROTH v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 12–430. LEITMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5443. HANSON ET UX. v. CHANG, JUDGE, FIRST CIRCUIT COURT OF HAWAII, ET AL. Sup. Ct. Haw. Certiorari denied.

No. 12–5590. DUARTE-SABORI, AKA DUARTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5595. KEEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5761. JOHNSON v. LINDAMOOD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6064. MCFADDEN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 12–6069. CABALLERO v. HARRINGTON, WARDEN. C. A. 9th Cir. Certiorari denied.